1 McGREGOR W. SCOTT
United States Attorney
2 BOBBIE J. MONTOYA
Assistant United States Attorney
3 501 I Street, Suite 10-100
Sacramento, CA 95814
4 Telephone: (916) 554-2700

5 Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| LISA A. JONES, | CIVIL NO. 2:07-CV-01892-GGH |
| Plaintiff, | |
| v. | STIPULATION AND ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a first extension of time until May 16, 2008 to answer or otherwise respond to Plaintiff's complaint. Due to an oversight, the complaint was not transmitted to Social Security Administration when originally served on the U.S. Attorney's Office. Additional time is requested to prepare the administrative transcript.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                               Respectfully submitted,

Dated: March 17, 2008          /s/ Bruce J. Hagel
                                           (As authorized via facsimile)
                                           BRUCE J. HAGEL
                                           Attorney for Plaintiff

Dated: March 17, 2008          McGREGOR W. SCOTT
                                           United States Attorney

                                           /s/ Bobbie J. Montoya
                                           BOBBIE J. MONTOYA
                                           Special Assistant U.S. Attorney

                                           Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED.

DATED: 03/20/08    /s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

jones.eot